Case: 1:19-cv-02393                    (F-Deck)
Assigned To : Unassigned
Assign. Date : 8/5/2019
Description: Pro Se Gen. Civil    Jury Demand

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RASHARI N. SHARP | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| | ) USDA Complaint Nos.: |
| SONNY PERDUE, SECRETARY OF THE | ) BD-2017-00257 |
| DEPARTMENT OF AGRICULTURE | ) BD-2018-00178 |
| AGENCY | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

**NOW COMES** the Plaintiff, RAHSARI N. SHARP, acting on her own behalf and complaining of the above-named Defendant, states as follows:

## JURISDICTIONAL STATEMENT

1.      This action is brought pursuant to Title VII, 42 U.S.C. § 19832000e-2(a)(1), American With Disabilities Act Amendments Act  42 U.S.C. §12102(1)(A); and, The Rehabilitation Act, 42 U.S.C. §12112(5)(A).  Jurisdiction over the statutory violations alleged herein is specifically conferred upon this Honorable Court by 28 U.S.C. §§ 1331 and 1367.

2.      At all times relevant hereto, Plaintiff, RASHARI N. SHARP was a citizen of the United States, and is a resident of Laurel, in the county of Prince Georges, state of Maryland.

3.      At all times relevant hereto, Defendant SONNY PERDUE was acting in his official capacity as SECRETARY OF THE DEPARTMENT OF AGRICULTURE AGENCY in the District of Columbia.

4.      Venue is proper under 28 U.S.C. § 1391 (b).  On information and belief, the Defendant reside and/or work in the District of Columbia.  Furthermore, a substantial part of the events or omissions giving rise to the claims stated herein occurred within this judicial district.


**RECEIVED**

AUG 0 5 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ALLEGATION OF FACTS COMMON TO ALL COUNTS

1-5.    Plaintiff realleges and incorporates by reference paragraphs 1 through 4 above and makes them a part hereof by reference.

6.    On June 26, 2019, the United States Department of Agriculture (USDA) issued a final decision on Plaintiff's complaints as alleged in its' Final Agency Decision, RD-2017-00257 and RD-2018-00172 which is marked and attached hereto as Plaintiff's Exhibit A.

7.    Plaintiff incorporates by reference her allegations as contained in the Final Agency Decision and makes them a part hereof by reference as though fully stated herein.

8.    Plaintiff disagrees with the USDA's Final Agency Decision and in response thereto files this instant appeal and/or complaint.

## COUNT I

## TITLE VII VIOLATION(S)
## DISCRIMINATION & HARRASSMENT

1-9.    Plaintiff realleges and incorporates by reference paragraphs 1 through 8 above and makes them a part hereof by reference.

10.    Plaintiff incorporates by reference her allegations and claims as contained in the Final Agency Decision and makes them a part hereof by reference as though fully stated herein.

11.    Plaintiff disagrees with the USDA's Final Agency Decision regarding her claims of discrimination and harassment on the basis of physical and mental disability, sex, and for prior EEO activity.  In response thereto, Plaintiff files the instant complaint.

**WHEREFORE**, Plaintiff, acting on her own behalf respectfully requests that this Honorable Court enter a judgment in Plaintiff's favor and against Defendant  SONNY PERDUE, awarding compensatory damages and punitive damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) plus the cost of this lawsuit.

2

## JURY DEMAND

Plaintiff, acting on her own behalf hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

## APPOINTMENT OF LEGAL COUNSEL

Plaintiff states that she is financially unable to hire an attorney and respectfully request that one be appointed to her.

Respectfully Submitted,

RaShari N. Sharp

RaShari N. Sharp
Pro Se
15018 Wheatland Place
Laurel, Maryland
Tel: 240-604-0535
Email: rashari.n.sharp@gmail.com

3